# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>v.<br><br>TCF NATIONAL BANK,<br><br>    Defendant. | Case No. 17-cv-00166-PAM-DTS<br><br>PLAINTIFF'S MOTION TO AMEND THE SCHEDULING ORDER<br><br>Date:  March 19, 2018<br>Time:  9:00 a.m.<br>Court: Hon. David T. Schultz |

      Plaintiff Consumer Financial Protection Bureau, by and through counsel, make this motion to amend the Corrected Scheduling Order, ECF 101, to extend the deadline for amending the pleadings to a date 15 days after the court-ordered date for TCF's production of documents responsive to the Bureau's Requests for Production Nos. 36 and 38 (provided TCF has complied with that order), or if TCF produces such documents without the necessity of a Court order, to 15 days following the Court's order granting this motion.

      This Motion is based upon the Memorandum of Law, Declaration and Exhibits filed herewith, the arguments of the parties, and the files, records, and proceedings in this matter.

Dated: February 15, 2018

Respectfully submitted,

KRISTEN A. DONOGHUE  
Enforcement Director

JEFFREY PAUL EHRLICH  
Deputy Enforcement Director

JAMES T. SUGARMAN  
Assistant Litigation Deputy

*/s/ Owen P. Martikan*  
Owen P. Martikan (CA Bar No. 177104)  
admitted pro hac vice  
owen.martikan@cfpb.gov  
ph: (415) 844-9790  
Whitney Case  
ph: (202) 435-7785  
whitney.case@cfpb.gov  
Nina Schichor  
nina.schichor@cfpb.gov  
ph: (202) 435-59770  
Jack Douglas Wilson  
doug.wilson@cfpb.gov  
ph: (202) 435-9151

Consumer Financial Protection Bureau  
1700 G Street NW  
Washington, DC 20552