UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case No. 17-cv-00166-PAM-DTS |
| Plaintiff, | |
| vs. | |
| TCF National Bank, | **Joint Motion Regarding Continued Sealing of Filings Re: Plaintiff's Motion to Compel Discovery** |
| Defendant. | |

Documents have been filed under temporary seal in connection with the following motion: Plaintiff's Motion to Compel Discovery, Docket No. 194.

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing of various filings relating to Plaintiff's Motion to Compel Discovery.

| DKT. NO. | DESCRIPTION OF DOCUMENT | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| 197 | Unredacted copy of Plaintiff's Memorandum of Law Supporting Motion to Compel Discovery | X | | | | Redacted portions of the Memorandum of Law reference (1) investigative history information deemed confidential by the Bureau and facts marked confidential by TCF, which are therefore subject to the protective order entered in this case; or (2) quotations from or detailed descriptions of documents received from TCF that TCF marked confidential and is therefore subject to the protective order entered in this case. |
| 200 | Exhibit 1 to the Declaration of J. Douglas Wilson Supporting Motion to Compel Discovery | X | | | | The exhibit is a document that TCF marked confidential in its entirety and that is therefore subject to the protective order entered in this case. |

| DKT. NO. | DESCRIPTION OF DOCUMENT | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| 202 | Exhibit 2 to the Declaration of J. Douglas Wilson Supporting Motion to Compel Discovery | X | | | | The exhibit is a document that references and describes in detail the contents of documents that TCF marked confidential and that are therefore subject to the protective order entered in this case. |
| 204 | Exhibit 3 to the Declaration of J. Douglas Wilson Supporting Motion to Compel Discovery | X | | | | The exhibit is a document that TCF marked confidential in its entirety and that is therefore subject to the protective order entered in this case. |
| 206 | Exhibit 5 to the Declaration of J. Douglas Wilson Supporting Motion to Compel Discovery | X | | | | The exhibit is a document that TCF marked confidential in its entirety and that is therefore subject to the protective order entered in this case. |
| 207 | Exhibit 6 to the Declaration of J. Douglas Wilson | X | | | | The exhibit is a document that references and describes in detail the |

| DKT. NO. | DESCRIPTION OF DOCUMENT | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | Supporting Motion to Compel Discovery | | | | | contents of documents that TCF marked confidential and that are therefore subject to the protective order entered in this case. |
| 208 | Exhibit 7 to the Declaration of J. Douglas Wilson Supporting Motion to Compel Discovery | X | | | | The exhibit is a document that TCF marked confidential in its entirety and that is therefore subject to the protective order entered in this case. |
| 212 | Unredacted copy of Defendant TCF National Bank's Opposition to Plaintiff's Motion to Compel | X | | | | Redacted portions of the Opposition reference (1) investigative history information deemed confidential by the Bureau and facts marked confidential by either party, which are therefore subject to the protective order entered in this case; (2) quotations or information from or detailed |

| DKT. NO. | DESCRIPTION OF DOCUMENT | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | | | | | descriptions of documents marked confidential by either party and therefore subject to the protective order entered in this case; or (3) quotations or information from or detailed descriptions of other sealed documents in this case. |
| 214 | Unredacted copy of Declaration of Jenna D. Perrin in Support of Defendant TCF National Bank's Opposition to Plaintiff's Motion to Compel | X | | | | Redacted portions of the Declaration reference (1) investigative history information deemed confidential by the Bureau and TCF's efforts to comply with the CFPB's confidential investigation; (2) TCF's efforts to comply with the CFPB's requests for production; or (3) descriptions of documents or data marked confidential by TCF and therefore |

| DKT. NO. | DESCRIPTION OF DOCUMENT | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. Should Be Unsealed | Parties Disagree | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | | | | | subject to the protective order entered in this case. |
| 216 | Unredacted copy of Declaration of Ryan T. Scarborough in Support of Defendant TCF National Bank's Opposition to Plaintiff's Motion to Compel | X | | | | Redacted portions of the Declaration reference investigative history information deemed confidential by the Bureau and therefore subject to the protective order entered in this case. |
| 218 | Exhibit 1 to the Declaration of Ryan T. Scarborough | X | | | | Entire exhibit references investigative history information deemed confidential by the Bureau and is therefore subject to the protective order entered in this case. |
| 220 | Exhibit 2 to the Declaration of Ryan T. Scarborough | X | | | | Entire exhibit references investigative history information deemed confidential by the Bureau and is therefore subject to the protective order entered in this case. |

Dated:  March 21, 2018

/s/ *Owen P. Martikan*
Owen P. Martikan
(admitted *pro hac vice*)
owen.martikan@cfpb.gov
ph:  (415) 844-9790
Whitney Case
(admitted *pro hac vice*)
whitney.case@cfpb.gov
ph: (202) 435-7785
Jack Douglas Wilson
(admitted *pro hac vice*)
doug.wilson@cfpb.gov
ph:  (202) 435-9151
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

/s/ *Timothy D. Kelly*
Timothy D. Kelly (#54926)
Kristina Kaluza (#0390899)
**DYKEMA GOSSETT PLLC**
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  612.486.1900
Fax:  855.227.5097
tkelly@dykema.com
kkaluza@dykema.com

John. K. Villa (admitted *pro hac vice*)
Edward J. Bennett (admitted *pro hac vice*)
Ryan T. Scarborough (admitted *pro hac vice*)
Bryant Hall (*admitted pro hac vice*)
Thomas Ryan (*admitted pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202.434.5000
Fax: 202.434.5029
jvilla@wc.com; ebennett@wc.com
rscarborough@wc.com;
bhall@wc.com; tryan@wc.com

Andrea K. Mitchell (admitted *pro hac vice*)
BUCKLEY SANDLER LLP
1250 24th Street, N.W.
Suite 700
Washington, DC 20037
Telephone:  202.349.8000
Fax:  202.349.8080
amitchell@buckleysandler.com

*Attorneys for Defendant TCF National Bank*