UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Civ. No. 17-166 (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| TCF National Bank, | |
| Defendant. | |

This matter is before the Court on a Stipulated Final Judgment and Order submitted by the parties. (Docket No. 243.) The parties and their representatives have agreed to resolve this matter as set forth in the Stipulated Final Judgment and Order.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Pending Motions (Docket Nos. 109, 116, 157, 192, 194) are **DENIED as moot**;

2. The parties are **ORDERED** to comply with the obligations set forth in the Stipulated Final Judgment and Order; and

3. This matter is **DISMISSED with prejudice**, and without any attorney's fees, costs, or disbursements except as set forth in the Stipulated Final Judgment and Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 1, 2018

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge