# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Consumer Financial Protection Bureau | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-166 PAM/DTS |
| TCF National Bank | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Pending Motions (Docket Nos. 109, 116, 157, 192, 194) are DENIED as moot;
2. The parties are ORDERED to comply with the obligations set forth in the Stipulated Final Judgment and Order; and
3. This matter is DISMISSED with prejudice, and without any attorney's fees, costs, or disbursements except as set forth in the Stipulated Final Judgment and Order.

Date: 8/3/2018

KATE M. FOGARTY, CLERK

s/A. Linner

(By)  A. Linner, Deputy Clerk