UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONSUMER FINANCIAL
PROTECTION BUREAU,

    Plaintiff,

v.

TCF NATIONAL BANK,

    Defendant.

CIVIL NO. 17-166 (PAM/DTS)

ORDER

---

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing [Docket No. 246] pursuant to Minn. L.R. 5.6(d)(2).

This Joint Motion addresses 36 documents that were filed under temporary seal in connection with multiple motions filed by each party relating to discovery disputes [Docket Nos. 109, 116, 157, 194]. The parties previously filed three Joint Motions regarding the sealing of these documents [Docket Nos. 192, 222, 224], and the Court directed the parties to provide supplemental information to explain their reasons that all or parts of the documents should remain sealed from public access [Order, Docket No. 236].

In their updated Joint Motion [Docket No. 246], the parties stated that Docket Nos. 186, 206 and 216 should be unsealed and that Docket Nos. 178, 182, 183, 184, 185 and 188 should remain sealed in their entirety, with no public redacted versions, for the reasons stated in the motion. The Court will grant their motion with respect to these nine documents. The parties' chart also listed Docket No. 145 and noted that the Court

previously ordered this document to remain sealed. That order [Docket No. 236] still stands, and Docket No. 145 shall remain sealed.

With respect to seven documents - Docket Nos. 130, 132, 134, 141, 154, 160 and 162 - the parties provided supplemental information to the Court about their reasons for the redactions in the previously filed public redacted versions of these documents. The Court will grant their motion to keep sealed the unredacted versions of these documents.

With respect to 19 documents - Docket Nos. 147, 152, 166, 170, 172, 174, 176, 180, 190, 197, 200, 202, 204, 207, 208, 212, 214*, 218 and 220* - the parties filed new public redacted versions as attachments to their August 31, 2018 Joint Motion [Docket No. 246] and provided supplemental information to the Court to explain the reasons for the redactions. (*Redacted versions of Docket Nos. 214 and 220 were missing from the August 31, 2018 attachments but were filed on September 25, 2018 as Docket Nos. 249-1 and 249-2.) The Court will grant the parties' motion to keep sealed the unredacted versions of these 19 documents.

IT IS HEREBY ORDERED that:

1. The parties' Joint Motion Regarding Continued Sealing [Docket No. 246] is **GRANTED**.

2. The Clerk is directed to unseal the following documents: Docket Nos. 186, 206 and 216.

3. The Clerk is directed to keep the following documents sealed: Docket Nos. 130, 132, 134, 141, 145*, 147, 152, 154, 160, 162, 166, 170, 172, 174, 176, 178, 180,

182, 183, 184, 185, 188, 190, 197, 200, 202, 204, 207, 208, 212, 214, 218 and 220.

(*145 was already ordered to remain sealed [Docket No. 236].)

Dated: September 25, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge